# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSHUA SCOTT LOVETT,

    Petitioner,

  v.

STU SHERMAN, Warden,

    Respondent.

Case No. ED CV 16-02517 VBF (AFM)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: June 21, 2017

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
SENIOR U.S. DISTRICT JUDGE